9266

FARMER *ET AL.* v. CORLEY.

(88 S. E. 23.)

WILLS—LIMITATIONS OF ESTATES—FEE CONDITIONAL.—A devise to A during her life, and after A's death, then to B during her natural life, and after the decease of B, to become the property of her bodily heirs, gives the remainder after the death of A to B in fee conditional.

Before DEVORE, J., Aiken, October, 1915. Affirmed.

Action by R. L. Farmer and others against T. B. Corley.
From judgment in favor of Josephine Farmer, her children,
who are the other plaintiffs claiming an adverse interest to
her, appeal.

*Mr. Haddon Johnson,* for appellants, cites: 67 S. C. 130;
97 S. C. 123.

*Mr. John F. Williams,* for respondents, cites: 94 S. C.
308; 99 S. C. 307.

February 26, 1916.

The opinion of the Court was delivered by MR. CHIEF
JUSTICE GARY.

M. B. Gunter made a will bearing date the 5th of June,
1907, containing the following provisions:

"I do give and bequeath to my wife, Mrs. Rugie Gunter,
all my real estate, consisting of two hundred and eighty
acres, more or less, * * * said lands to be held by the said
Rugie Gunter and to be her own during her lifetime. And
after the death of the said Rugie Gunter, then to become
the property of my adopted daughter, Mrs. Josephine
Farmer, to be held by the said Josephine Farmer, and to be
her own during her natural life, and after the decease of
the said Josephine Farmer, to become the property of her
bodily heirs.

"I do bequeath and give to my wife, Mrs. Rugie Gunter,
all my personal property of every description, to be held by
her as long as she lives, and after her decease, to be the
property of my adopted daughter, Mrs. Josephine Farmer,
and her bodily heirs."

Both the testator and his wife are dead.

The defendant, T. B. Corley, agreed to purchase said
land from the plaintiff, Mrs. Josephine Farmer, and she has
tendered to him a deed of conveyance, coupled with a
demand for the price he agreed to pay for it. He, how-

ever, refuses to accept the title deed on the ground that she has only a life estate in the premises. ·

She has children, some of whom were born before and some after the testator's death.

His Honor, the Circuit Judge, held that she took a fee-conditional under the will, and the defendant appealed.

The ruling of his Honor, the Circuit Judge, is sustained by the case of *Surles* v. *McLaurin*, 94 S. C. 308, 77 S. E. 944, as well as numerous other cases, which we do not deem it necessary ·to cite.

Judgment affirmed.